```
 1  ERICA K. ZUNKEL
    California State Bar No. 229285
 2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
    225 Broadway, Suite 900
 3  San Diego, CA 92101-5008
    (619) 234-8467/Fax: (619) 687-2666
 4  E-Mail: erica_zunkel@fd.org

 5  Attorneys for Jesus Ernesto Reyna

 6

 7

 8                    UNITED STATES DISTRICT COURT

 9                   SOUTHERN DISTRICT OF CALIFORNIA

10                     (HONORABLE NITA L. STORMES)

11  UNITED STATES OF AMERICA,        )  Case No. 08MJ1310
                                     )
12            Plaintiff,             )
                                     )
13  v.                               )  CERTIFICATE OF SERVICE
                                     )
14  JESUS ERNESTO REYNA,             )
                                     )
15            Defendant.             )
    _____)
16

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                            U.S. Attorney CR
                            Efile.dkt.gc2@usdoj.gov
20

21                                     Respectfully submitted,

22

23  DATED:    May 1, 2008              /s/ Erica K. Zunkel
                                       ERICA K. ZUNKEL
24                                     Federal Defenders of San Diego, Inc.
                                       Attorneys for Jesus Ernesto Reyna
25

26

27

28
```